# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

February 5, 2014

*Before*

DANIEL A. MANION, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| Nos. 13-2084, 13-2164, 13-2297 & 13-2351 | Appeals from the United States District Court for the Eastern District of Wisconsin. |
| JOHN GRUBER, et al., | |
| *Plaintiffs-Appellants,* | No. 12-CV-1243 |
| *v.* | Lynn Adelman, *Judge* |
| | No. 13-CV-378 |
| CREDITORS' PROTECTION SERVICE, INC., et al., | William E. Callahan, Jr., *Magistrate Judge* |
| *Defendants-Appellees.* | No. 13-CV-386 |
| | Nancy Joseph, *Magistrate Judge* |
| | No. 13-CV-70 |
| | Patricia J. Gorence, *Magistrate Judge* |

**ORDER**

The opinion of this court issued on January 23, 2014, is amended as follows:

Page 2, Section I, line 5 of the block quote: insert "in writing" before "within 30 days . . . ."